UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TED VANZYL,

     Plaintiff,

v.                                CASE NO: 8:15-cv-1087-T-26TBM

PORTFOLIO RECOVERY ASSOCIATES, INC.,

     Defendant.

_____/

**O R D E R**

     **UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case,

together with the well-pleaded allegations of the Plaintiff's second amended complaint, it is

**ORDERED AND ADJUDGED** that the Defendant's Motion to Dismiss Second Amended

Complaint (Dkt. 20) is **denied**.  If Defendant's counsel who filed the motion were capable of

framing an answer and affirmative defenses to similarly framed complaints against this same

Defendant in case numbers 8:15-cv-1088-T-35MAP and 8:15-cv-1105-T-27MAP, the Court is

confident they will be able to file an appropriate answer and affirmative defenses to the Plaintiff's

second amended complaint in this case, which answer and affirmative defenses shall be filed within

fourteen (14) days of this order.

     **DONE AND ORDERED** at Tampa, Florida, on July 2, 2015.


                           s/*Richard A. Lazzara*
                           **RICHARD A. LAZZARA**
                           **UNITED STATES DISTRICT JUDGE**

COPIES FURNISHED TO:
Counsel of Record