**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

TED VANZYL,

    Plaintiff,

v.                                      CASE NO.  8:15-cv-1087-T-26TBM

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendant.
_____/

**O R D E R**

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, it is **ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment (Dkt. 32) is **stricken** pursuant to paragraph 6(g) of the Court's Case Management and Scheduling Order entered on August 20, 2015, at docket 27, for failure to comply with paragraph 6(b) of that order.

**DONE AND ORDERED** at Tampa, Florida, on December 19, 2016.

                                s/*Richard A. Lazzara*
                                **RICHARD A. LAZZARA**
                                **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record